**Opinion filed August 31, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00167-CV
_____

## JOE PAYNE, Appellant

## V.

## TRACI KIM COURSEY, Appellee

### On Appeal from the County Court at Law No. 2
### Midland County, Texas
### Trial Court Cause No. 17623

### M E M O R A N D U M   O P I N I O N

On June 23, 2016, this court entered an order abating this appeal in order to permit the parties to obtain a final order or judgment from the trial court. *See* TEX. R. APP. P. 27.2. In our June 23 order, we notified the parties that, if "a final, appealable order or judgment has not been entered by August 22, 2016, this court may dismiss this appeal." *See* TEX. R. APP. P. 42.3. As of this date, no final, appealable order has been entered by the trial court.

Consequently, we dismiss this appeal.


August 31, 2016                                        PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.